**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1195**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

BENJAMIN S. MARKS, JR.; H. TERRY HUTCHENS;
CONNIE INVERSTINE; UC LENDING CORPORATION;
BRENDA FLINCLUM,

Defendants - Appellees.

---

**No. 01-1316**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

OFFICER WATSON; OFFICER COOK; CHRISTINE
DUFFANY,

Defendants - Appellees.

---

Appeals from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham. Frank W. Bullock, Jr., and
William L. Osteen, District Judges. (MISC-00-45-1, CA-97-1335-1)

Submitted:  June 8, 2001                    Decided:  July 9, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.  Richard Thompson Wright, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders denying leave to reopen cases.  In No. 01-1195, this Court entered an order on June 4, 2001, sanctioning Armstrong and noting that the appeal was frivolous.  Accordingly, we dismiss the appeal and deny the motion for summary judgment.  In No. 01-1316, we dismiss the appeal and deny the motions for summary judgment, for leave to proceed in forma pauperis and to add an additional party.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>